DANIEL BUCKLEY et al., Respondents, *v.* NEW YORK AND BOSTON DYEWOOD COMPANY, Appellant.

*Buckley* v. *N. Y. & Boston Dyewood Co.*, 113 App. Div. 911, affirmed.
(Submitted October 31, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term

in an action for an injunction to restrain the use of certain machinery in defendant's factory.

*Welton C. Percy* for appellant.

*Robert H. Roy* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN and WILLARD BARTLETT, JJ. Dissenting: CHASE, J. Absent: WERNER, J.